AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

All funds on deposit at Wachovia Bank account, #2000021837137, in the name of Solomon-Crozier Construction Company, on or after receipt of $20,000 wired from Mr. Robert King on September 29, 2005.

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER: 05-0519M-01.

I   Debra L. LaPrevotte   being duly sworn depose and say:

I am a(n)   Special Agent with the Federal Bureau of Investigation   and have reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

All funds on deposit at Wachovia Bank account, #2000021837137, in the name of Solomon-Crozier Construction Company, on or after receipt of $20,000 wired from Mr. Robert King on September 29, 2005.

which is (state one or more bases for seizure under the United States Code)

subject to forfeiture, pursuant to 18, United States Code, Section 981(a)(1)(C), incorporating by reference 18, United States Code, Section 1956(c)(7)(F); and 18, United States Code 981(a)(1)(A)

concerning a violation of Title __18__ United States Code, Section(s) 1347(health care fraud); 1035(false statements regarding health care offenses) and 1956/1957 (money laundering). The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Laurel Loomis Rimon
Criminal Division/Fraud and Public Corruption
(202) 514-7788

x _____
Signature of Affiant
Debra L. LaPrevotte, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

SEP 29 2005
Date

at Washington, D.C.

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

1