AO109(2/90) Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

All funds on deposit at Wachovia Bank account, #2000021837137, in the name of Solomon-Crozier Construction Company, on or after receipt of $20,000 wired from Mr. Robert King on September 29, 2005.

**SEIZURE WARRANT**

CASE NUMBER:

05-0519M-01.

TO: Debra L. LaPrevotte, FBI, and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Debra L. LaPrevotte who has reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

All funds on deposit at Wachovia Bank account, #2000021837137, in the name of Solomon-Crozier Construction Company, on or after receipt of $20,000 wired from Mr. Robert King on September 29, 2005.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 29 2005

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

*John M. Facciola* (signature)

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 9/29/05 | 9/29/05  2:40pm | Bryan McDonough, Wachovia Security |

INVENTORY MADE IN THE PRESENCE OF  Bryan McDonough.

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

One check, #817097126, in the amount of $19,873.94, Payable to the United States Marshal Service.

FILED
OCT 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____  10/21/05
U.S. Judge or U.S. Magistrate Judge         Date